**Simon Chikhladze**
**38 Mitskevich Street**
**Tbilisi 0160, Georgia**

+995 599 066 780

schikhladze0@gmail.com

October 17, 2024

**United States District Court for the District of Columbia**
**333 Constitution Ave NW**
**Washington, D.C. 20001**

Case No. - 1:24-cv-02784-UNA

## Motion to Proceed With Plaintiff's Name Only

Dear Honorable Chief Judge James E. Boasberg,

Pursuant to the Court's Minute Order dated 10/11/2024, the Plaintiff, Simon Chikhladze, respectfully submits this Motion to Proceed Using Plaintiff's Name Only, while addressing the factors outlined in *In re Sealed Case*, 971 F.3d 324 (D.C. Cir. 2020).

1. **Plaintiff's Identification:**

   The Plaintiff consents to proceed under his true name, Simon Chikhladze, recognizing the Court's need for transparency and accountability in the litigation process. This decision is made while maintaining the Plaintiff's commitment to protecting sensitive personal details involved in the case.

2. **Challenges in Defendant Identification:**

   Despite the Plaintiff's willingness to disclose his own identity, the identification of the Defendants remains a significant challenge. The Defendants are shielded under the auspices of Georgian, Azerbaijani, and Danish police forces, rendering their true identities unknown and inaccessible to the Plaintiff. This situation complicates the Plaintiff's ability to proceed with the case.

3. **Request for Court's Guidance:**

   The Plaintiff respectfully requests the Court's guidance on how to proceed under these unique circumstances, given the concealment of Defendants' identities by international law

enforcement bodies. The Plaintiff seeks to ensure that the pursuit of justice is not hindered by these complexities while maintaining the integrity of the judicial process.

The Plaintiff pledges full cooperation with the Court and requests any assistance or direction necessary to advance this case under the current conditions.

Respectfully submitted,

Simon Chikhladze.